IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID HUNT,

    Plaintiff,

vs.

                                          Civil Action No.: 05-1751
                                          Judge AMBROSE

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

NOW this 19th day of June, 2006, it is hereby

ORDERED that the above titled matter is DISMISSED.

                                                          _Donetta W. Ambrose_
                                                          US District Judge